1

IN THE UNITED STATES DISTRICT COURT

2

3

FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5
CHRIS FERRERA,                                    No. C 11-00019 SBA (PR)

6
        Plaintiff,                         **<u>NOTICE REGARDING INABILITY TO
SERVE DEFENDANT R. S. MARQUEZ</u>**

7
  v.

8
G. D. LEWIS, et al.,

9
        Defendants.
_____/

10

11
      Service has been ineffective on Defendant R.S. Marquez.  The Court has been informed that

12
the Litigation Office is "unable to identify a R. S. Marquez as ever working at Pelican Bay State

13
Prison."

14
      While Plaintiff may rely on service by the United States Marshal, "a plaintiff may not remain

15
silent and do nothing to effectuate such service.  At a minimum, a plaintiff should request service

16
upon the appropriate defendant and attempt to remedy any apparent defects of which [he] has

17
knowledge."  <u>Rochon v. Dawson</u>, 828 F.2d 1107, 1110 (5th Cir. 1987).  If the marshal is unable to

18
effectuate service and the plaintiff is so informed, the plaintiff must seek to remedy the situation or

19
face dismissal of the claims regarding that defendant under Federal Rule of Civil Procedure 4(m).

20
<u>See</u> Fed. R. Civ. P. 4(m) (providing that if service of the summons and complaint is not made upon a

21
defendant in 120 days after the filing of the complaint, the action must be dismissed without

22
prejudice as to that defendant absent a showing of "good cause"); <u>see</u> <u>also</u> <u>Walker v. Sumner</u>, 14

23
F.3d 1415, 1421-22 (9th Cir. 1994) (prisoner failed to show cause why prison official should not be

24
dismissed under Rule 4(m) because prisoner did not prove that he provided marshal with sufficient

25
information to serve official).

26
      No later than **twenty-eight (28) days** from the date of this Order, Plaintiff must provide the

27
Court with a current address for Defendant Marquez.  Plaintiff should review the federal discovery

28
rules, Rules 26-37 of the Federal Rules of Civil Procedure, for guidance about how to determine the

current address of this Defendant.

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1    **If Plaintiff fails to provide the Court with the current address of Defendant Marquez**

2    **within the  twenty-eight-day deadline, all claims against this Defendant will be dismissed**

3    **without prejudice under Rule 4(m).**

4         IT IS SO ORDERED.

5    DATED: _____9/23/2013_____          _____

6                                                                    SAUNDRA BROWN ARMSTRONG
                                                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

G:\PRO-SE\SBA\CR.11\Ferrera0019-4m.wpd                    2