IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **CHRIS FERRARA,**<br><br>Plaintiff,<br><br>v.<br><br>**G. D. LEWIS, et al.,**<br><br>Defendants. | C 11-00019 SBA (PR)<br><br>[PROPOSED] **ORDER EXTENDING THE DISPOSITIVE MOTION DEADLINE** |

1 | Defendants moved this Court for an extension of time to file a summary-judgment or other dispositive motion, up to and including December 20, 2013. After full consideration, and good cause appearing, Defendants' motion for extension of time is GRANTED.

Plaintiff shall file his opposition by January 20, 2014. If Defendants wish to file a reply, they shall do so by February 3, 2014. Absent further order, the motion will be submitted on February 3, 2014 without a hearing.

IT IS SO ORDERED.

Dated: 11/13/2013

*Saundra B Armstrong*
The Honorable Saundra Brown Armstrong
U.S. District Court Judge

SF2013206125
[Proposed] Order.doc