IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRIS FERRERA,

        Plaintiff,

  v.

G. D. LEWIS, et al.,

        Defendants.

_____/

No. C 11-00019 SBA (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order of Dismissal Without Prejudice,

IT IS ORDERED AND ADJUDGED

That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

DATED: _____12/3/2013_____

SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.11\Ferrera0019.jud.frm

**United States District Court**
For the Northern District of California